# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
                Plaintiff,          )          Case No.  2:11-cr-00396-MMD-PAL
                                         )
vs.                                      )          **ORDER**
                                         )
STEVE YOST,                              )
                                         )
                Defendants.         )
_____  )

      This matter is before the Court on Defendant's Motion for Pretrial Release (#135), filed January 8, 2013.  Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case.  Defendant should file his motion through his assigned counsel. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion for Pretrial Release (#135) is **denied**.

      DATED this 10th day of January, 2013

                                    _____
                                    **C.W. Hoffman, Jr.**
                                    **United States Magistrate Judge**